DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**STATE OF FLORIDA,**
Appellant,

v.

**GLENN BLACKLEDGE,**
Appellee.

No. 4D15-1990

[ July 13, 2017 ]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; John Patrick Contini, Judge; L.T. Case No. 99-18401CF10A.

Pamela Jo Bondi, Attorney General, Tallahassee, and Heidi L. Bettendorf, Assistant Attorney General, West Palm Beach, for appellant.

Richard F. Della Fera of Entin & Della Fera, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, CIKLIN and KLINGENSMITH, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***